```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                              Case No. 16-52277-amk
Kimberly L. Anthony                                                 Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0647-5         User: admin                 Page 1 of 2         Date Rcvd: Jun 28, 2017
                             Form ID: 177a               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db          +Kimberly L. Anthony,    378 E. Tallmadge #1,    Akron, OH 44310-2356
cr          +OHIO DEPARTMENT OF TAXATION,    c/o Law Office of Charles Mifsud, LLC,    6305 Emerald Parkway,
              Dublin,, OH 43016-3241
24511095    +Akron Municipal Court,    217 S High St,    Rm 837,   Akron, OH 44308-1634
24511100     Dept. of Ed/Sallie Mae,    11100 USA Pkwy,    Fishers, IN 46037-9203
24511102    +First Bank of Delaware,    PO Box 8099,    Newark, DE 19714-8099
24511108     Joseph Harrison, LPA,    310 N. Cleveland-Massilon Road,    Akron, OH 44333-2493
24511112    +Midland Funding,    2365 Northside Dr. #300,    San Diego, CA 92108-2709
24511113     North American Credit Solutions,    3640 Kennesaw North,    Industrial Parkway STE D,
              Kennesaw, GA 30144
24511117     Summa Western Reserve,    1900 Twenty Third St,    Cuyahoga Falls, OH 44223
24511118   #+Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
24511121    +USA Funds,   P.O. Box 158,    Arcade, NY 14009-0158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust         +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Jun 28 2017 22:03:49     Cynthia J. Thayer,
              US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
cr           EDI: RECOVERYCORP.COM Jun 28 2017 21:38:00      Recovery Management Systems Corporation,
              25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
24511097    +EDI: WFNNB.COM Jun 28 2017 21:38:00      Comenity Bank/NWYRK & Co,    PO Box 182789,
              Columbus, OH 43218-2789
24511098    +E-mail/Text: bankruptcy@consumerportfolio.com Jun 28 2017 22:05:26      Consumer Portfolio Svcs,
              P.O. Box 57071,   Irvine, CA 92619-7071
24511101     E-mail/Text: ohiobankruptcy@dom.com Jun 28 2017 22:06:27     Dominion East Ohio,
              P.O. Box 26785,   Richmond, VA 23261-6785
24511103     E-mail/Text: bankruptcy@firstenergycorp.com Jun 28 2017 22:05:04     First Energy,
              76 S. Main St,   Akron, OH 44308
24511105    +E-mail/Text: bankruptcy@huntington.com Jun 28 2017 22:04:52      Huntington Bank,
              P.O. Box 1558,   Columbus, OH 43216-1558
24511106    +EDI: IIC9.COM Jun 28 2017 21:43:00      IC Systems Collections,    PO 64378,
              Saint Paul, MN 55164-0378
24511107     EDI: IRS.COM Jun 28 2017 21:38:00      IRS,   1240 East 9th Street,    Room 493,
              Cleveland, OH 44199
24511114    +EDI: TCISOLUTIONS.COM Jun 28 2017 21:38:00      Plains Commerce Bank,    P.O. Box 89937,
              Sioux Falls, SD 57109-6937
24512706     EDI: RECOVERYCORP.COM Jun 28 2017 21:38:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
24511115     EDI: NEXTEL.COM Jun 28 2017 21:38:00      Sprint,    P.O. Box 4191,   Carol Stream, IL 60197
24511116    +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Jun 28 2017 22:06:12      State of Ohio,
              c/o Attorney General for State of,    Ohio,   30 East Broad Street,    Columbus, OH 43215-3570
24511119     E-mail/Text: bankruptcy@tebofinancial.com Jun 28 2017 22:04:20      Tebo Financial,
              4025 Erie Ave SW,    Massillon, OH 44646-9473
24511120     E-mail/Text: DL-ICOMSBankruptcy@charter.com Jun 28 2017 22:05:53      Time Warner Cable,
              P.O. Box 0901,   Carol Stream, IL 60132-0901
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24511096      Cash Now
24511099      Denta Group Financial
24511104      GLHEGC
24511109      M-N North Chase II LLC
24511110      Magnum Funding
24511111      Melanie DeHart
24511122      West Asset Management
                                                                                TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2017 at the address(es) listed below:

      Brian M. Gianangeli    on behalf of Creditor    OHIO DEPARTMENT OF TAXATION
      bgianangeli@mifsudlaw.com

      Denise M. Leskovec     on behalf of Debtor Kimberly L. Anthony dleskovec@ohiolegalclinic.com,
      nkrenisky@ohiolegalclinic.com;rauserakron@gmail.com;rausermail@ohiolegalclinic.com;rauser@bestclientinc.com;rauserandassociates@gmail.com;rauserecfmail@gmail.com;mresar@ohiolegalclinic.com;cle13ecf@gmail.com

      Marc P. Gertz    mpgertz@goldman-rosen.com,
      debm@goldman-rosen.com;mgertz@iq7technology.com;debmgoldman_rosen@hotmail.com

      TOTAL: 3

Case No. 16−52277−amk

**In re: (Name of Debtor)**
   Kimberly L. Anthony
   378 E. Tallmadge #1
   Akron, OH 44310

**Social Security No.:**
   xxx−xx−4928

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

Last date to file claims: **October 5, 2017**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** June 28, 2017                                                                           For the Court
Form ohnb177                                                                                   Teresa D. Underwood, Clerk